United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOTTON,<br><br>        Plaintiff,<br><br>    v.<br><br>L & S LAND CO., et al.,<br><br>        Defendants. | Case No. 19-cv-05500-SI<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 11 |

    Plaintiff's motion for a voluntary dismissal of this action is GRANTED. Docket No. 11. The action is dismissed. The clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: January 6, 2020

_____
SUSAN ILLSTON
United States District Judge