UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK HOTTON,

             Plaintiff,

      v.

L & S LAND CO., et al.,

             Defendants.

Case No. 19-cv-05500-SI

**JUDGMENT**

This action is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 6, 2020

_____

SUSAN ILLSTON
United States District Judge